UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE E. TREMBLE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
                                /

CIVIL ACTION NO. 05-60181

HON. JOHN CORBETT O'MEARA

## JUDGMENT

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **GRANTED** and plaintiff's motion for summary judgment is **DENIED** and the complaint is dismissed.

Dated at Ann Arbor, Michigan   March 29, 2006   .

                                                           DAVID WEAVER
                                                           CLERK OF THE COURT

                                                           s/Denise Goodine
                                                           Denise Goodine
                                                           Deputy Clerk

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE